## UNITED STATES Of America, Plaintiff—Appellee,

v.

## Allan AUSTRIA, Defendant—Appellant.

No. 01–10428.

D.C. No. CR–97–00975–ACK–01.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.[*]

Decided July 28, 2003.

Before LEAVY, HAWKINS, and RAWLINSON, Circuit Judges.

## MEMORANDUM[**]

Allan Austria appeals his conviction and sentence following his guilty plea to one count of conspiracy to possess with intent to distribute methamphetamine, in viola-

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the

tion of 21 U.S.C. § 846. Austria's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record on the ground that he failed to discover any arguable issues on appeal. Austria has filed a pro se supplemental brief.

Our review of the briefs, and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.